EDITH A. THOMAS (SBN 220820)
Attorney at Law
214 North Ridge Drive, Suite B
Fallbrook, CA 92028
Telephone: (888) 349-3940
Facsimile: (760) 728-9518
ediththomas1@aol.com

DOUGLAS J. MELTON  State Bar #161353
JOHN B. SULLIVAN  State Bar #238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222  FAX: (415) 397-6392
dmelton@longlevit.com / jsullivan@longlevit.com

Attorneys for SAW Entertainment, LTD
d/b/a Hustler Club-San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER E. KRESSY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LARRY FLYNT'S HUSTLER CLUB SAN FRANCISCO, BS MANAGEMENT, SAW ENTERTAINMENT LTD. – HUSTLER<br><br><br>　　　　　Defendants | Case No.: C-07-4892-EDL<br><br>[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING SUPERIOR COURT PROCEEDINGS<br><br>Date:　　　　December 18, 2007<br>Time:　　　　9:00 a.m.<br>Courtroom:　　E, 15th Floor<br>Judge:　　　　Hon. Elizabeth D. Laporte<br>　　　　　　　　(Magistrate Judge)<br><br>Trial:　　　　　None Set<br>Action Filed:　September 20, 2007 |

　　　　Defendants' Motion to Stay Action and Compel Arbitration came on regularly before the Court on December 18, 2007.  Plaintiff appeared *in pro per*.  Defendants were represented by Douglas J. Melton, Esq.

1

Upon review of the parties' written submissions, and upon such additional arguments and evidence presented at the hearing on this Motion, and this matter having been fully argued and considered, and proof being made to the satisfaction of the Court, the Court finds that all Plaintiff's claims are subject to the parties' arbitration agreements, which are legally enforceable. Accordingly, the Court GRANTS the Motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted and that this action is stayed as to all parties and ordered submitted to arbitration as provided in the parties' arbitration agreements.

IT IS SO ORDERED.

Dated: _____          _____
                                        HON. MAGISTRATE JUDGE
                                        ELIZABETH D. LAPORTE

DOCS\Z8000-800\541349.V2

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING SUPERIOR COURT PROCEEDING
– CASE NO. C-07-4892-EDL

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, California 94104.

On November 8, 2007, I served the document(s) named below on the following attorney(s) of record and/or interested parties in the case of *Kressy v. Larry Flynt's Hustler Club San Francisco, et al.,* United States District Court Northern District of California Case No. C-07-4892-EDI.

**[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING SUPERIOR COURT PROCEEDINGS**

SERVED ON:

| Peter E. Kressy<br>517 Broadway, Number 21<br>San Francisco, CA 94133 | |
|---|---|

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒ (BY ELECTRONIC FILING) I electronically filed the document(s) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the person(s) or attorney(s) of record at the listed email address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 8, 2007, at San Francisco, California.

_____
J. Locker

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

PROOF OF SERVICE