UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PETER E. KRESSY,**

    Plaintiff,

v.

**LARRY FLYNT'S HUSTLER CLUB, SAN FRANCISCO, et al.,**

    Defendants.

No. C **07-04892** EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 11/13/07

Signature _DOUGLAS MELTON, ESQ._

Counsel for _DEFENDANTS_
(Name or party or indicate "pro se")

LARRY FLYNT'S HUSTLER CLUB; BS MANAGEMENT; SAW ENTERTAINMENT LTD. - HUSTLER

2