# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**                                   **Date:  December 18, 2007**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**      **C-07-04892 EDL**

**Title:**       PETER E. KRESSY v. LARRY FLYNT'S HUSTLER CLUB SAN FRANCISCO

**Attorneys:**   Plaintiff:  Peter E. Kressy (pro se)        Defendant: Douglas J. Melton

**Deputy Clerk:**       Lili M. Harrell        **Court Reporter:**  Belle Ball
                                                            (10:08am-10:21am)

**PROCEEDINGS:**                                           **RULINGS:**

Defendant's Motion to Compel Arbitration and Stay Court          Hearing held
Proceedings [7]

**ORDERED AFTER HEARING:**
       - Defendant shall file brief regarding the interstate commerce issue by 1/7/2008.
       - Initial Case Management Conference continued to 2/5/2008 at 10:00am.

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**

Notes:

cc: