EDITH A. THOMAS (SBN 220820)
Attorney at Law
214 North Ridge Drive, Suite B
Fallbrook, CA 92028
Telephone: (888) 349-3940
Facsimile: (760) 728-9518
ediththomas1@aol.com

DOUGLAS J. MELTON  State Bar #161353
JOHN B. SULLIVAN  State Bar #238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
dmelton@longlevit.com / jsullivan@longlevit.com

Attorneys for SAW Entertainment, LTD
d/b/a Hustler Club-San Francisco and BS Management

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER E. KRESSY,<br><br>        Plaintiff,<br><br>v.<br><br>LARRY FLYNT'S HUSTLER CLUB SAN FRANCISCO, BS MANAGEMENT, SAW ENTERTAINMENT LTD. – HUSTLER<br><br>        Defendants | Case No.: C-07-4892-EDL<br><br>**SUPPLEMENTAL EVIDENCE REGARDING INTERSTATE COMMERCE IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>Courtroom:   E, 15th Floor<br>Judge:         Hon. Elizabeth D. Laporte<br>               (Magistrate Judge)<br><br>Trial:          None Set<br>Action Filed:  September 20, 2007 |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

SUPPLEMENTAL EVIDENCE REGARDING INTERSTATE COMMERCE IN SUPPORT OF MOTION TO COMPEL ARBITRATION - C-07-4892-EDL

1  Pursuant to the Court's December 18, 2007 Order following the hearing on Defendants'
2  Motion to Compel Arbitration, that Defendants submit evidence regarding the impact on
3  interstate commerce of the operations of Defendant Larry Flynt's Hustler Club, Defendants
4  hereby submit the declaration of Joseph Carouba attached hereto as Exhibit A.

Dated: January 7, 2008

LONG & LEVIT LLP

By _____
DOUGLAS J. MELTON
JOHN B. SULLIVAN
Attorneys for SAW Entertainment, LTD
d/b/a Hustler Club-San Francisco and BS
Management

DOCS\S0301-068\543777.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

SUPPLEMENTAL EVIDENCE REGARDING INTERSTATE COMMERCE IN SUPPORT OF MOTION TO COMPEL ARBITRATION - C-07-4892-EDL

# EXHIBIT A

EDITH A. THOMAS (SBN 220820)
Attorney at Law
214 North Ridge Drive, Suite B
Fallbrook, CA 92028
Telephone: (888) 349-3940
Facsimile: (760) 728-9518
ediththomas1@aol.com

DOUGLAS J. MELTON  State Bar #161353
JOHN B. SULLIVAN  State Bar #238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222  FAX: (415) 397-6392
dmelton@longlevit.com / jsullivan@longlevit.com

Attorneys for SAW Entertainment, LTD
d/b/a Hustler Club-San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER E. KRESSY,<br><br>         Plaintiff,<br><br>   v.<br><br>LARRY FLYNT'S HUSTLER CLUB SAN FRANCISCO, BS MANAGEMENT, SAW ENTERTAINMENT LTD. – HUSTLER<br><br>         Defendants | Case No.: C-07-4892-EDL<br><br>**DECLARATION OF JOSEPH CAROUBA REGARDING INTERSTATE COMMERCE IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY COURT PROCEEDINGS** |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

DECLARATION OF JOSEPH CAROUBA - C-07-4892-EDL

I, JOSEPH CAROUBA, declare:

I am the Manager of SAW Entertainment, LLC d/b/a Hustler Club (hereafter "Hustler"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would competently testify thereto.

1. Hustler operates a San Francisco nightclub serving food and alcohol and offering exotic dance entertainment;

2. I am familiar with Hustler's business practices and clientele; also, in preparing this declaration I reviewed Hustler's schedule of vendors and various contracts with out-of-state vendors;

3. "Hustler" is a registered trade name, which is licensed to nightclubs throughout the United States (and in France) including, of relevance here, the Hustler club in San Francisco. Upon information and belief, there are other Hustler clubs in Redlands, San Diego and Westminster, California, as well as in Washington Park, Illinois, New Orleans, Louisiana, Baltimore, Maryland, New York, New York, Cleveland, Ohio and Paris, France.

4. Hustler Club in San Francisco regularly and routinely has out-of-state customers who are tourists and business persons from outside the State of California. These out-of-state citizens spend money at Hustler, both in the form of cash and by use of credit cards.

5. Hustler contracts with entertainers who travel from out of state to perform their exotic dance entertainment at Hustler.

6. Hustler pays royalties on the use of music, which payments are made to ASCAP in Chicago, Illinois.

7. Hustler purchases a portion of its food, alcohol and supplies from out of state businesses, including by way of example, coffee from Portland, Oregon, office supplies from Stapes Business Advantage in Hartford, Connecticut, printing services from Just Print Everything.com in Winter Park, Florida; music from Broadcast Music, Inc. of Atlanta, Georgia, furniture from KG Furniture Manufacturing, Inc. in Houston, Texas and from Grasser Chair Company of Youngstown, Ohio.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

DECLARATION OF JOSEPH CAROUBA - C-07-4892-EDL

8. Hustler has contracts with out-of-state businesses, including, by way of example, Shindel, Rock & Associates, P.C. of Novi, Michigan, which provides it with tax and accounting services.

9. Hustler contracts with out-of-state payroll and accounting services, including, by way of example, Consolidated Bookkeeping Service, Inc. of Seattle, Washington.

10. Hustler regularly advertises through out-of-state and web based sources, including by way of example Exotic Dancer Publications, Inc. of Clearwater, Florida, Morris Visitor Publications, LLC of Augusta, Georgia, and The Map Network, Inc. of Chicago, Illinois.

11. It is my understanding that all of the aforementioned activity impacts interstate commerce.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 28th Day of ~~January~~ DECEMBER 2007 at San Francisco, California.

JOSEPH CAROUBA

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

DECLARATION OF JOSEPH CAROUBA - C-07-4892-EDL

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, California 94104.

On January 7, 2008, I served the document(s) named below on the following attorney(s) of record and/or interested parties in the case of *Kressy v. Larry Flynt's Hustler Club San Francisco, et al.,* United States District Court Northern District of California Case No. C-07-4892-EDI.

**SUPPLEMENTAL EVIDENCE REGARDING INTERSTATE COMMERCE IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

SERVED ON:

| Peter E. Kressy<br>601 Steiner Street<br>San Francisco, CA 94133 | |
|---|---|

[X] (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

[X] (BY ELECTRONIC FILING) I electronically filed the document(s) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the person(s) or attorney(s) of record at the listed email address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 7, 2008, at San Francisco, California.

_____
Cindy C. Ratcliff

DOCS\S0301-068\543577.V2

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

PROOF OF SERVICE