UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETER E. KRESSY,

        Plaintiff,

  v.

LARRY FLYNT'S HUSTLER CLUB et al,

        Defendant.
_____/

Case Number: CV07-04892 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter E. Kressy
601 Steiner Street
San Francisco, CA 94117

Dated: January 11, 2008

                              Richard W. Wieking, Clerk
                              By: Lili M. Harrell, Deputy Clerk