Peter E. Kressy

601 Steiner Street\

San Francisco, CA  94117

    Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Peter E. Kressy, | ) Case No.: C-07-4892-EDL |
|     Plaintiff, | ) Notice of Dismissal |
| vs. | ) |
| Larry Flynt's Hustler Club San Francisco, | ) |
| BS Management | ) |
| SAW Entertainment, Ltd. | ) |
|     Defendants | |

1. Notice. Notice is hereby given that the undersigned, the Plaintiff in the above-referenced matter, does voluntarily dismiss this case.

Dated this January 30, 2007



Peter E. Kressy

Kressy v. Larry Flynt's Hustler Club et. al, Hon. E. Laporte, C-07-4892EDL, Notice of Dismissal

- 1 -